# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### No. 1:22-cv-00217

| | |
|---|---|
| PROSRENT, LLC f/k/a TOWER UNITED, INC. d/b/a PROSRENT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | JOINT STIPULATION<br>OF DISMISSAL, WITH PREJUDICE |

The parties, by their counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that Plaintiff dismisses with prejudice all claims and causes of action asserted by it against Defendant in this case. The parties further stipulate that each party will bear its own costs and attorneys' fees in this action, and that no party shall file a bill of costs or seek to recover any discretionary costs from any party to this matter.

Respectfully submitted, this 26th day of October, 2022.

| | |
|---|---|
| /s/ Andrew L. Chapin | /s/ Jon P. Carroll  (w/ permission) |
| Andrew L. Chapin, N.C. Bar State No. 25794<br>Daniel C. Watts, N.C. State Bar No. 49598<br>Conner Gwyn Schenck PLLC<br>Post Office Box 20744<br>Greensboro, NC 27420<br>Telephone: (336) 691-9222<br>Facsimile: (336) 691-9259<br>Email: achapin@cgspllc.com and<br>        dwatts@cgspllc.com<br>*Attorneys for Plaintiff* | Richard B. Fennell, N.C. State Bar No. 17398<br>Jon P. Carroll, N.C. State Bar No. 33850<br>James, McElroy & Diehl, P.A.<br>525 N. Tryon Street, Suite 700<br>Charlotte, NC 28202<br>Telephone: (704) 372-9870<br>Facsimile: (704) 350-9317<br>E-mail: rfennell@jmdlaw.com and<br>        jcarroll@jmdlaw.com<br>*Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE** has this date been electronically filed with the Clerk of Court using the CM/ECF system, constituting service thereof on counsel for the following parties:

    Richard B. Fennell
    Jon P. Carroll
    James, McElroy & Diehl, P.A.
    25 N. Tryon Street, Suite 700
    Charlotte, NC 28202
    E-mail: rfennell@jmdlaw.com
    jcarroll@jmdlaw.com
    *Attorneys for Defendant Federal Insurance Company*

This 26th day of October, 2022.

          **CONNER GWYN SCHENCK PLLC**

          /s/ Andrew L. Chapin
          Andrew L. Chapin, N.C. Bar State No. 25794
          Daniel C. Watts, N.C. State Bar No. 49598
          Conner Gwyn Schenck PLLC
          Post Office Box 20744
          Greensboro, NC 27420
          Telephone: (336) 691-9222
          Facsimile: (336) 691-9259
          *Attorneys for Plaintiff*